UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAURENCE P. SULLIVAN,

    Plaintiff,
v.                                                      Case No: 8:20-cv-2720-TPB-TGW

NATIONAL HOCKEY LEAGUE,

    Defendant.
_____/

## ORDER DENYING MOTION FOR LEAVE TO FILE REPLY

This matter is before the Court on the "Defendant's Opposed Motion for Leave to File a Reply to Plaintiff's Response to Defendant's Motion to Dismiss," filed on April 2, 2021. (Doc. 25). Plaintiff filed a response in opposition on April 6, 2021. (Doc. 26). The motion for leave is **DENIED**. If necessary to resolve the pending motion to dismiss, the Court will direct the parties to file supplemental memoranda or set a hearing to further address the legal issues and arguments in this case.

The Court further directs counsel's attention to Local Rule 3.01(d), which provides:

> A motion requesting leave to reply *must not exceed three pages inclusive of all parts*; must specify the need for, and the length of, the proposed reply; *and must not include the proposed reply*. [emphasis added]

Defendant's motion for leave, "inclusive of all parts," is 5 pages long and contains 2 pages of <u>*substantive legal argument*</u> addressing points in Plaintiff's response to the motion to dismiss. In other words, the motion for leave itself is a poorly disguised

attempt to file a reply memorandum. As such, it violates the spirit if not the letter of Rule 3.01(d). Attempts of this nature do not strengthen a party's arguments, and reflect negatively on counsel. In the future, similar motions will be stricken.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 14th day of April, 2021.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**