# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

LAURENCE P. SULLIVAN,

    Plaintiff,

v.                          CASE NO: 8:20-cv-02720-T-60TGW

NATIONAL HOCKEY LEAGUE

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF RESOLUTION

Pursuant to Local Rule 3.09(a) Plaintiff, LAURENCE P. SULLIVAN, by and through undersigned counsel, hereby notifies the Court that the above-styled action against Defendant, NATIONAL HOCKEY LEAGUE, has been resolved.

Dated this 14th day of May, 2021.

                                                   Respectfully submitted,

                                                   */s/ Brandon J. Hill*
                                                   **BRANDON J. HILL**
                                                   Florida Bar Number: 0037061
                                                   Direct Dial: 813-337-7992
                                                   **AMANDA E. HEYSTEK**
                                                   Florida Bar Number: 0285020
                                                   Direct Dial: 813-379-2560
                                                   **WENZEL FENTON CABASSA, P.A.**
                                                   1110 N. Florida Avenue, Suite 300
                                                   Tampa, Florida 33602
                                                   Main Number: 813-224-0431
                                                   Facsimile: 813-229-8712

Email: bhill@wfclaw.com
Email: aheystek@wfclaw.com
Email: aketelsen@wfclaw.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of May, 2021, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to all registered CM/ECF recipients.

*/s/ Brandon J. Hill*
**BRANDON J. HILL**